IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-00044

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CARRIAGE PARK ASSOCIATES, LLC, CPA REALTY CORPORATION and TANYA L. BANKS, TRUSTEE OF THE TANYA LEE BANKS TRUST | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Dennis L. Howell, filed August 4, 2011. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), and Rule 72, Federal Rules of Civil Procedure, written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. It appears to the Court that the parties have not filed any such objections. After an independent and thorough review of the magistrate's memorandum, the Court concludes that the recommendation to grant Defendants' Motion to Dismiss is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are affirmed.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: September 28, 2011

Graham C. Mullen
United States District Judge