# United States District Court
# For The Western District of North Carolina
# Asheville Division

PENNSYLVANIA NATIONAL
MUTUAL CASUALTY INSURANCE
COMPANY,

      Plaintiff,                                 JUDGMENT IN A CIVIL CASE

vs.                                                 1:11-cv-00044

CARRIAGE PARK ASSOCIATES,
LLC, CPA REALTY CORPORATION
and TANYA L. BANKS, TRUSTEE
OF THE TANYA LEE BANKS TRUST

      Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/28/2011 Order.

                                                     Signed: September 28, 2011

                                                     *Frank G. Johns*

                                                     Frank G. Johns, Clerk
                                                     United States District Court